Mrs. Mildred W. O'BRIEN, Appellant,

v.

ATLAS FINANCE COMPANY, Inc.,
Appellee.

No. 17503.

United States Court of Appeals
Fifth Circuit.

May 22, 1959.

Henry T. Chance, Augusta, Ga., Harris, Chance & McCracken, Augusta, Ga., of counsel, for appellant.

A. G. Cleveland, Jr., Wilbur Branch King, John Bell Towill, Augusta, Ga., Hull, Willingham, Towill & Norman, Augusta, Ga., Smith, Kilpatrick, Cody, Rogers & McClatchey, Atlanta, Ga., of counsel, for appellee.

Before RIVES, JONES and WISDOM, Circuit Judges.

PER CURIAM.

The judgment is reversed and the cause remanded for further proceedings not inconsistent with the opinion and decision of the Supreme Court of the United States in Mitchell v. Kentucky Finance Co., Inc., 79 S.Ct. 756.

Reversed and remanded.

Gaetaino DIANO, Appellant,

v.

Richard C. HOY, District Director, Immigration and Naturalization Service, United States Department of Justice, Appellee.

No. 16246.

United States Court of Appeals
Ninth Circuit.

May 4, 1959.

Hiram W. Kwan, Los Angeles, Cal., for appellant.

Laughlin E. Waters, U. S. Atty., Carla A. Hills, Richard A. Lavine, Asst. U. S. Attys., Los Angeles, Cal., for appellee.

Before STEPHENS, CHAMBERS and BARNES, Circuit Judges.

PER CURIAM.

Diano is in custody pursuant to an order of deportation. He presented a petition denominated a petition in habeas corpus to the District Court for his release from custody. The instrument also asked for an order admitting petitioner's release on his presenting a reasonable bail bond. The court issued a show cause order, and after hearing, discharged it and denied the issuance of the habeas corpus writ. The motion for release on bail was also denied.

After oral argument the petitions were submitted, and after due consideration, it is ordered that the District Court's orders be and hereby are affirmed.

Mrs. Elizabeth M. DYKES, Appellant,

v.

ATLAS FINANCE COMPANY, Inc.,
Appellee.

No. 17504.

United States Court of Appeals
Fifth Circuit.

May 22, 1959.

Henry T. Chance, Augusta, Ga., Harris, Chance & McCracken, Augusta, Ga., of counsel, for appellant.

John Bell Towill, A. G. Cleveland, Jr., Wilbur Branch King, Atlanta, Ga., Smith, Kilpatrick, Cody, Rogers & McClatchey, Hull, Willingham, Towill & Norman, Augusta, Ga., of counsel, for appellee.

Before RIVES, JONES and WISDOM, Circuit Judges.

PER CURIAM.

The judgment is reversed and the cause remanded for further proceedings not inconsistent with the opinion and de-

cision of the Supreme Court of the United States in Mitchell v. Kentucky Finance Co., Inc., 79 S.Ct. 756.

Reversed and remanded.

## KINNEAR–WEED CORPORATION, Appellant,

v.

## HUMBLE OIL & REFINING COMPANY, Appellee.

## No. 16780.

United States Court of Appeals
Fifth Circuit.

April 30, 1959.

For former opinion see 150 F.Supp. 143, affirmed 259 F.2d 398.

William E. Kinnear, Beaumont, Tex., for appellant.

Garrett R. Tucker, Jr., Walter B. Morgan, Houston, Tex., B. D. Orgain, Beaumont, Tex., Frank B. Pugsley, Melvin F. Fincke, Houston, Tex., for appellee.

Before RIVES, JONES and WISDOM, Circuit Judges.

PER CURIAM.

We did not intend to read into the claims of appellant's patent, as limitations of that patent, any part of the drawings or of the specifications not expressed or necessarily referred to by implication in those claims. In our opinion, the claims themselves of the reissue patent are limited to a combination rotary drilling tool, bit, or drill, and the patent has not been infringed by the appellee. We correct clerical errors in a sentence in the next to the concluding paragraph of the opinion reading, "We agree with the district court that the appellant has not infringed appellee's patent" [259 F.2d 402] by changing the sentence to read "We agree with the district court that the appellee has not infringed appellant's patent." The petition for rehearing is

Denied.

## Richard Lee GILPIN, Defendant-Appellant,

v.

## UNITED STATES of America, Plaintiff-Appellee.

## No. 13327.

United States Court of Appeals
Sixth Circuit.

May 14, 1959.

Richard Lee Gilpin, in pro. per.

Russell E. Ake, U. S. Atty., Cleveland, Ohio, Richard M. Colasurd, Asst. U. S. Atty., Toledo, Ohio, for appellee.

Before MARTIN, Chief Judge, SIMONS, Circuit Judge, and BOYD, District Judge.

PER CURIAM.

Appellant, who is confined in the Federal Correctional Institution at Milan, Michigan, has appealed from his conviction in the District Court for the Northern District of Ohio, Western Division.

Prior to consideration of this appeal, appellant's request, filed April 17, 1959, for the assignment of counsel to represent him in this proceeding, was overruled as having already been heard and properly denied in an opinion dated March 28, 1959, 6 Cir., 265 F.2d 203, by Judge Miller of this Court.

There being no merit in the points raised by appellant in his brief, the judgment of the district court is affirmed.